# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED ELECTROLYTE TECHNOLOGIES LLC and UBE INDUSTRIES, LTD. | CASE NO. 2:18-cv-09074-AB (FFMx) |
| Plaintiffs, | [PROPOSED] ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE |
| vs. | |
| COSLIGHT USA, INC., and ZHUHAI COSLIGHT BATTERY CO., LTD. | |
| Defendants. | |

The Parties, Plaintiffs Advanced Electrolyte Technologies LLC and Ube Industries, Ltd. and Defendants Coslight USA, Inc. ("Coslight USA") and Zhuhai CosMX Battery Co., Ltd. ("CosMX") f/k/a Zhuhai Coslight Battery Co., Ltd, have announced to the Court that they have settled their claims and counterclaims for relief asserted in this lawsuit and filed a Joint Stipulation to Dismiss with Prejudice. The Court, having considered this stipulation by all parties to dismiss, is of the opinion the stipulation should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims and counterclaims of the parties made herein are dismissed with prejudice to the refiling of same.

IT IS FURTHER ORDERED that all costs and expenses relating to this litigation shall be borne solely by the party incurring same.

IT IS SO ORDERED.

DATED: October 2, 2019  
_____  
HONORABLE ANDRÉ BIROTTE JR.  
UNITED STATES DISTRICT COURT JUDGE